UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                     CASE NO: 8:13-CR-T-24TGW

**RUDOLPH ALEX HAWKINS-HOOKER**
    Defendant

**ORDER**

This case is before the Court on the Second Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. Rule 35(b). (Doc. 91). The Government recommends a downward departure of two levels placing Defendant in a guidelines range of 70-87 months. (Doc. 91). A hearing was held on the Motion on June 28, 2017.

On March 21, 2014, Defendant Rudolph Alex Hawkins-Hooker was sentenced to 108 months' imprisonment. (Doc. 63). On February 25, 2016, Defendant's sentence was reduced to 87 months pursuant to a Rule 35(b) motion filed by the Government. (Doc. 71).

For the reasons stated on the record, the Court grants the Government's Rule 35(b) motion. The Court departs downward and reduces Defendant's prison sentence to 60 months imprisonment. The remainder of the terms and conditions of the sentence imposed on March 21, 2014 and again on February 25, 2016 remain the same.

Accordingly, the Second Motion for Reduction in Sentence as to Defendant Rudolph Alex Hawkins-Hooker is **GRANTED**. The Clerk is directed to prepare and file a Second Amended Judgment.

It is so Ordered at Tampa, Florida this 28th day of June, 2017.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies: Rudolph Alex Hawkins-Hooker